IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

COREY COLLINS                                                                              PLAINTIFF

vs.                                     1:04cv00082-WRW

DANNY CISSELL                                                                           DEFENDANT

## TRANSPORTATION ORDER

In anticipation of the jury trial before U.S. District Judge William R. Wilson scheduled for **Tuesday, December 5, 2006 at 2:00 p.m.**, Richard Sheppard Arnold United States Courthouse, 600 W. Capitol Ave., Little Rock, Arkansas, Courtroom 431, the Arkansas Department of Correction ("ADC") is directed to ensure the attendance of the witness **Dennis Davis (ADC #89309)** with his institutional file.

The Assistant Attorney General is directed to ensure production of plaintiff's institutional jacket and medical records covering the times of his incarceration at this trial.

IT IS SO ORDERED this  30th   day of November 2006.


                                                                 /s/Wm. R. Wilson, Jr.
                                                          UNITE  STATES DISTRICT JUDGE