IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

COREY COLLINS                                                                                           PLAINTIFF

vs                                          1:04CV00082-WRW

DANNY CISSELL                                                                                         DEFENDANT

ORDER

The above styled matter was taken off the Court's docket for the week of December 5, 2006. The case is now reset on the Court's trial docket to begin (in a first-out setting) on Monday, March 12, 2007 at 9:00 a.m. No new deadlines are being set. However, if an agreed set for jury instructions had not previously been submitted to the Court, they are due on Monday, March 5, 2007.

IT IS SO ORDERED this 6th day of December, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

'

amend.scho3.wpd