IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**COREY COLLINS**                                                                                              **PLAINTIFF**
**ADC # 123735**

**VS.**                                               **1:04CV00082-WRW**

**CISSELL, Officer, Grimes**
**Unit, ADC**                                                                                                   **DEFENDANT**

## ORDER

On July 24, 2007, this case was called for trial by jury. Defendant appeared with his lawyer and Plaintiff's lawyer was present, but Plaintiff was not.

This trial has been continued twice to allow Plaintiff's lawyer to contact Plaintiff and prepare for trial.[1] Plaintiff's lawyer wrote and called Plaintiff, but received no response.

Defendant moved for a dismissal for failure to prosecute. Plaintiff's counsel asked that the dismissal be without prejudice.

For good cause shown, Defendant's motion and Plaintiff's attorney's request are GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 24th day of July 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 42, 50.