IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

COREY COLLINS                                                                    PLAINTIFF

V.                                         NO. 1:04cv00082 WRW

DANNY CISSELL                                                              DEFENDANT

<u>ORDER</u>

On March 26, 2008, Plaintiff's appointed counsel filed a motion to voluntarily dismiss this 42 U.S.C. § 1983 complaint in its entirety (docket entry #61), advising the Court that the matter has been amicably resolved and settled between the parties. There are no objections; therefore, the Court finds that no reason exists to deny Plaintiff's request.

Plaintiff's motion to voluntarily dismiss (docket entry #61) is hereby GRANTED. Judgment will be entered dismissing Plaintiff's complaint, as requested, <u>with</u> prejudice.  All pending motions are DENIED AS MOOT.

IT IS SO ORDERED this 31st day of March, 2008.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE