IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

COREY COLLINS                                                                               PLAINTIFF

V.                                          NO. 1:04cv00082 WRW

DANNY CISSELL                                                                              DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint, with prejudice.

IT IS SO ORDERED this 31st day of March, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE